IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| REGINA HUTCHINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-389-WKW |
| | ) | [WO] |
| AUBURN UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants' Motion to Dismiss or, Alternatively, Motion for More Definitive Statement (Doc. # 5) has been rendered moot by the Plaintiff's filing of her Amended Complaint (Doc. # 15). Accordingly, it is ORDERED that Defendants' motion (Doc. # 5) is DENIED as moot and without prejudice.

DONE this 7th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE